RECEIVED
IN MONROE, LA

JAN 16 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HENRY GRAY | CIVIL ACTION NO. 06-1922 |
| VS. | SECTION P |
| LA. DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

and

| | |
|---|---|
| HENRY GRAY | CIVIL ACTION NO. 06-1926 |
| VS. | SECTION P |
| WARDEN, UNION PARISH DETENTION CENTER | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED** that the civil rights complaint filed in Docket Number 3:06-cv-1922 be construed as a petition for *habeas corpus* and that it be **DENIED AND DISMISSED** as duplicative;

**IT IS FURTHER ORDERED** that the *habeas corpus* petition filed in Docket Number 3:06-cv-1926 be **DENIED AND DISMISSED** since it plainly appears from the face of the petition and exhibits that the petitioner has failed to exhaust all available state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 12 day of January, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE