RECEIVED
IN MONROE, LA

FEB 2 6 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

HENRY GRAY                                    CIVIL ACTION NO. 3:06CV1922

VERSUS                                        JUDGE JAMES

LA DEPT. OF PUBLIC SAFETY &                   MAGISTRATE JUDGE HAYES
CORRECTIONS

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓     The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___     The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right.

Signed at __Monroe__, Louisiana, this 26 Day of February, 2007.

_____
Robert G. James
UNITED STATES DISTRICT JUDGE